UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

|  |  |  |
|---|---|---|
| NYLIFE SECURITIES LLC and <br> NEW YORK LIFE INSURANCE COMPANY <br><br> Plaintiffs <br><br> v. <br><br> JAMES MYERS <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Cause No.  1:24-cv-00098-HAB-SLC |

**AMENDED SUPPLEMENTAL JURISDICTIONAL STATEMENT**

Pursuant to the Court's Order dated March 28, 2024 (ECF 9), Plaintiffs NYLife Securities LLC ("NYLife") and New York Life Insurance Company ("New York Life") submit this Amended Supplemental Jurisdictional Statement in support of subject matter jurisdiction based upon the complete diversity of citizenship between the parties.

This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 in that complete diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.  The citizenship of the parties is as follows:

1.      New York Life is a mutual insurance company organized under the laws of, and registered with, the State of New York.  Pursuant to New York law, a mutual insurance company organized under New York law is deemed to be a domestic corporation.  N.Y. Insurance Law, Ch. 28, § 1202.  New York Life's principal place of business is 51 Madison Avenue, New York, New York.  *See,* Affidavit of Susan Maisel, ¶ 2 ("Maisel Aff."), Exhibit A.  Therefore, for the purposes of determining diversity of citizenship, New York Life is a citizen of the State of New York.

2.  NYLife is a Delaware limited liability company with its principal place of business at 51 Madison Avenue, New York, New York. Maisel Aff., ¶ 3. It is wholly owned by its sole member, NYLIFE LLC. Id. NYLIFE LLC is also a Delaware limited liability company with its principal place of business in New York. *Id.* NYLIFE LLC is, in turn, a wholly owned subsidiary of its sole member, New York Life. *Id.* As set forth in paragraph 1, supra, New York Life is a citizen of New York. Therefore, for the purposes of determining diversity of citizenship, Plaintiff NYLife is a citizen of the State of New York.

3.  The Defendant, James Myers, is a citizen of the State of Indiana, where he currently maintains a domicile at 4116 Rockburn Drive, Fort Wayne, Indiana. *See, 3BTech, Inc. v. Wang,* 534 F.Supp.3d 973, 980 ("An individual's citizenship corresponds to the place where the individual is domiciled.") *Citing, America's Best Inns, Inc. v. Best Inns of Abilene, L.P.*, 980 F.2d 1072, 1074 (7th Cir. 1992). As this Court noted in its Order dated March 12, 2024, a party's domicile corresponds to "the state in which a person intends to live over the long run." ECF 5, p. 2. *See also, 3BTech at* 980. ("Intent for diversity purposes 'is a state of mind which must be evaluated through the circumstantial evidence of a person's manifested conduct.'")

4.  Plaintiffs submit the following documentary support for the allegation that Mr. Myers is a citizen of the state of Indiana who is domiciled at 4116 Rockburn Drive, Fort Wayne, Indiana:

- In the underlying Arbitration, Mr. Myers executed a Joint Motion for the Entry of a Stipulated Award, stating that his address is 4116 Rockburn Drive, Fort Wayne, Indiana. A true and correct copy of the Joint Motion is attached to Plaintiffs' Complaint. See ECF 1-2.

- In support of the Stipulated Award, Mr. Myers executed a Promissory Note bearing his notarized signature and listing his home address as 4116 Rockburn Drive, Fort Wayne, Indiana. A true and correct copy of the Promissory Note is attached hereto as Exhibit B.

- In purported satisfaction of the first two payments due under the Stipulated Award and the Promissory Note, Mr. Myers sent the undersigned counsel a personal check made payable to New York Life Insurance Company (which was declined for insufficient funds). A true and correct copy (redacted) of the check indicating Mr. Myers' address as 4116 Rockburn Drive, Ft. Wayne, Indiana, is attached hereto as Exhibit C.

- During the course of the underlying Arbitration, Mr. Myers provided the undersigned counsel with a recent copy of his mortgage statement as evidence of his ownership of the house located at 4116 Rockburn Drive, Fort Wayne, Indiana. A true and correct copy (redacted) of the mortgage statement is attached hereto as Exhibit D.

- Mr. Myers was personally served with summons on March 11, 2024, at 10:02 a.m., at his home, 4116 Rockburn Drive, Fort Wayne, Indiana. See ECF 6.

- Mr. Myers worked as a New York Life agent in its Fort Wayne, Indiana, office from 2015 until 2023. At the time that Mr. Myers agreed to become a New York Life agent, he provided a copy of his then-current Indiana Driver's License; a true and correct copy (redacted) is attached as Exhibit E.

5. Complete diversity of citizenship exists in this matter. The Plaintiffs are citizens of the State of New York, and the Defendant is a citizen of the State of Indiana.

DATED: March 28, 2024 					Respectfully Submitted,

NYLife Securities, LLC and New York Life Insurance Company,


By: 	/s/Christopher J. Murdoch
	One of its attorneys


Christopher J. Murdoch
Emry Murdoch LLC
2 N. Riverside Plaza, Suite 1850
Chicago, IL 60606
(312) 235-4022
Chris.Murdoch@EmDoch.com

*Admitted Pro Hac Vice*

4

      I, the undersigned attorney, certify that I electronically filed the Amended Supplemental Jurisdictional Statement with the Clerk of the Court using the CM/ECF system on March 25, 2024. Pursuant to FED. R. CIV. P. 5(b)(3) and the Northern District of Indiana's LR 5-1, I have thereby electronically served all Filing Users with a copy of Plaintiff's Notice and Motion.

Dated: March 28, 2024

                                                            /s/ Christopher J. Murdoch

                                                            Christopher J. Murdoch
                                                            Emry Murdoch LLC
                                                            Two N. Riverside Plaza, Suite 1850 Chicago, Illinois 60606
                                                            (312) 235-4022
                                                            Chris.Murdoch@EmDoch.com